IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00260-LTB-MEH

KYLE SCARBROUGH,

    Plaintiff,

v.

THE COLEMAN COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2013.**

    Defendant's Unopposed Motion for Entry of Agreed Protective Order [filed May 31, 2013; docket #22] is **denied without prejudice**, and the proposed Agreed Protective Order is refused for the following reasons.

    First, section G of the proposed order appears to be inconsistent with the requirements set forth in Fed. R. Evid. 502. The parties are granted leave to submit a revised proposed order consistent with Rule 502.

    Second, section H is inconsistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. The parties are granted leave to submit a revised proposed order consistent with *Gillard*.

    Finally, the Court declines to retain continuing jurisdiction after the termination of the action, as suggested in section I.

    The parties are permitted to re-file the motion together with a proposed order that conforms to this order. If they choose to re-file the motion, the parties are directed to provide this Court with a copy of the proposed order in Word or Word Perfect format.