**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00260-LTB-MEH

KYLE SCARBROUGH,

    Plaintiff,

v.

THE COLEMAN COMPANY, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 39 - filed December 11, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/ Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   December 12, 2013